```
 1  MELINDA HAAG (CSBN 132612)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  MELANIE PROCTOR (CSBN 228971)
    Assistant United States Attorney
 4
            450 Golden Gate Avenue, 9th Floor
 5          San Francisco, California 94102-3495
            Telephone:    (415) 436-6730
 6          Facsimile:    (415) 436-6748
            Email:        melanie.proctor@usdoj.gov
 7
    Attorneys for Federal Defendant
 8  United States of America
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GEAN CARLO PIAGGIO, a minor, by and through his guardian ad litem, NINA RICHARDSON, CARLI SCHENCK, ALDO PIAGGIO,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH, a California Corporation, doing business as ALTA BATES SUMMIT MEDICAL CENTER; EAST BAY PERINATAL MEDICAL ASSOCIATES, a Partnership; MICHAEL SINGER, M.D., ECHECHUKWU EZEH, M.D.; UNITED STATES OF AMERICA,* and DOES 1-250, inclusive,<br><br>Defendants. | Case No. C 10-3990<br><br>**STIPULATION TO DISMISS ACTION AGAINST THE UNITED STATES AND** ~~PROPOSED~~ **ORDER** |

///

///

///

*Pursuant to 28 U.S.C. § 2679(d)(4), upon certification that defendants Lifelong Medical Care, a California Corporation, doing business as West Berkeley Family Practice, and Alison Roberts, R.N., were acting within the scope of their duties as employees of the United States, the United States was automatically substituted as a defendant.

STIPULATION TO DISMISS
No. C 10-3990 VRW                                1

SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

1. This is a medical malpractice action arising from the birth of Gean Carlo Piaggio on or about January 12, 2009. Plaintiffs are Gean Carlo Piaggio, a minor, by and through his Guardian Ad Litem, Nina Richardson, Carli Schenck, and Aldo Piaggio.

2. On January 6, 2010, Plaintiffs filed a Summons and Complaint in Alameda County Superior Court, against a number of defendants, including Lifelong Medical Care, and Alison Roberts, R.N..

3. On August 19, 2010, the United States Attorney's Office for the Northern District of California received notice of this pending lawsuit. On September 7, 2010, pursuant to 28 U.S.C. § 1442, the United States removed this action to federal court, and certified that Lifelong Medical Care and its employees are covered under the Federal Tort Claims Act.

4. The Federal Tort Claims Act, 28 U.S.C.§§ 1346(b), 2401(b), and 2671-2680 ("FTCA"), is a limited waiver of sovereign immunity making the United States liable for money damages for personal injuries in limited circumstances. In order for there to be liability against the United States, the injury must be caused by the negligent or wrongful acts or omissions of a federal employee acting within the scope of employment or a person deemed to be acting in furtherance of a federally-funded contract, where the United States, if a private individual, would be liable according to the law of the place where the incident occurred.

5. Under the Federal Tort Claims Act, Plaintiffs must first exhaust administrative remedies prior to filing suit against the United States.

6. Plaintiffs did not file an administrative claim prior to filing their state court action.

///
///
///
///
///
///

7. Accordingly, the parties hereby agree that this action shall be dismissed against the United States, without prejudice. The action shall be remanded to the Superior Court of California, Alameda County.

| | |
|---|---|
| Dated: September 22, 2010 | Respectfully submitted,<br>MELINDA HAAG<br>United States Attorney |
| | /s/<br>MELANIE L. PROCTOR[1]<br>Assistant United States Attorney<br>Attorneys for the United States |
| Dated: September 22, 2010 | LAW OFFICES OF BRUCE G. FAGEL AND ASSOCIATES |
| | /s/<br>BRUCE G. FAGEL<br>THOMAS ALCH<br>Attorneys for Plaintiffs |

## ~~PROPOSED~~ ORDER

Pursuant to the stipulation of the Plaintiffs and Defendant United States, IT IS SO ORDERED. The Complaint against the United States is hereby DISMISSED, without prejudice. This matter is remanded to the Superior Court of California, Alameda County. All pending deadlines are hereby VACATED. The Clerk shall close the file.

Dated 9/24/2010

VAUGHN R. WALKER
United States District Court Judge

*IT IS SO ORDERED / Judge Vaughn R Walker* (seal)

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION TO DISMISS
No. C 10-3990 VRW                              3